**Edward TAMPUBOLON, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–71541.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 7, 2006.*

Decided Aug. 11, 2006.

Catharine A. Bull, Esq., Bull & Davies, PC, Denver, CO, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, Eric W. Marsteller, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, M. Jocelyn Wright, U.S. Department of Justice Civil Division, Washington, D.C., for Respondent.

Before: SCHROEDER, Chief Judge, REINHARDT and HAWKINS, Circuit Judges.

## MEMORANDUM **

Respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.